Rochelle L. Wilcox (State Bar No. 197790)
E-mail: rochellewilcox@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Attorneys for Plaintiff
NOBLE SYSTEMS CORP.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NOBLE SYSTEMS CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRIS HOWELL d/b/a IMPACT MARKETING,<br><br>    Defendant. | Case No. 2:09-cv-00749<br><br>[Assigned to<br>The Honorable Garland E. Burrell, Jr.<br>Courtroom 10]<br><br>**STIPULATED REQUEST FOR SECOND EXTENSION OF TIME FOR CHRIS HOWELL d/b/a IMPACT MARKETING TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**<br><br>**[Local Rule 6-144]**<br><br>Original Complaint Filed:<br>    March 16, 2009 |

12873926_2.DOC

1

STIPULATED REQUEST FOR SECOND EXTENSION OF TIME FOR CHRIS HOWELL
d/b/a IMPACT MARKETING TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

DWT 12873926v2 0089263-000001

**COME NOW** Plaintiff Noble Systems Corp. and Defendant Chris Howell d/b/a Impact Marketing, through their respective counsel of record, and pursuant to Local Rule 6-144, do hereby represent to the Court and stipulate as follows:

1. Pursuant to stipulation filed on April 16, 2009, Defendant's response to Plaintiff's Complaint is due May 15, 2009;

2. The parties are engaged in settlement negotiations and would like to explore the possibility of settlement before Defendant is required to respond to the Complaint;

3. The parties have agreed that Defendant will have an additional twelve days, through and including May 27, 2009, to answer or otherwise respond to Plaintiff's Complaint in the above-entitled matter, and request that the Court enter its Order granting this additional extension of time.

DATED: May 14, 2009     DAVIS WRIGHT TREMAINE LLP

By: /s/ Rochelle L. Wilcox
    Rochelle L. Wilcox
Attorneys for
Plaintiff Noble Systems Corp.

DATED: May 14, 2009     RUSS, AUGUST & KABAT

By: /s/ Marc A. Fenster (as authorized on 5/14/09)
    Marc A. Fenster
Attorneys for Defendant
Chris Howell d/b/a Impact Marketing

## [PROPOSED] ORDER

It is so ordered.

Dated this 15th day of May, 2009.

_____
GARLAND E. BURRELL JR.
United States District Judge