Rochelle L. Wilcox (State Bar No. 197790)
E-mail: rochellewilcox@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Attorneys for Plaintiff
NOBLE SYSTEMS CORP.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NOBLE SYSTEMS CORP., <br><br> Plaintiff, <br><br> v. <br><br> CHRIS HOWELL d/b/a IMPACT MARKETING, <br><br> Defendant. | Case No. 2:09-cv-00749 <br><br> [Assigned to <br> The Honorable Garland E. Burrell, Jr. <br> Courtroom 10] <br><br> **STIPULATED REQUEST FOR:** <br><br> **(1) EXTENSION OF TIME FOR PARTIES TO MEET AND CONFER AND SUBMIT A JOINT STATUS REPORT; AND** <br><br> **(2) CONTINUANCE OF STATUS (PRE-TRIAL SCHEDULING) CONFERENCE CURRENTLY SCHEDULED FOR JUNE 29, 2009** <br><br> **[PROPOSED] ORDER THEREON** <br><br> **[Local Rules 6-144, 16-240]** <br><br> Original Complaint Filed: <br> March 16, 2009 |

Stipulation and Proposed Order.doc

1

STIPULATED REQUEST FOR EXTENSION OF TIME TO MEET AND FILE JOINT STATUS REPORT;
CONTINUANCE OF STATUS (PRE-TRIAL) SCHEDULING CONFERENCE; [PROPOSED] ORDER
DWT 12965629v1 0089263-000001

**COME NOW** Plaintiff Noble Systems Corp. and Defendant Chris Howell d/b/a Impact Marketing, through their respective counsel of record, and pursuant to Local Rules 6-144 and 16-240, do hereby represent to the Court and stipulate as follows:

1. Pursuant to this Court's Order Setting Status (Pretrial Scheduling) Conference, issued on March 18, 2009, the following deadlines are currently pending in this matter:

   a. The parties must confer and develop a proposed discovery plan no later than June 8, 2009;

   b. The parties must file a Joint Status Report no later than June 15, 2009; and,

   c. A Status (Pretrial Scheduling) Conference is scheduled to be held on June 29, 2009, at 9:00 a.m.

2. The parties continue to be engaged in settlement negotiations, having made significant progress, and although they have not yet reached agreement they are optimistic about the possibility of settling this matter;

3. The parties would like to continue to explore the possibility of settlement before they are required to spend the time necessary to prepare a proposed discovery plan and Joint Status Report;

4. The parties therefore request that the current deadlines be extended, and the Status (Pretrial Scheduling) Conference continued, for at least four weeks. They propose, and respectfully request, the following schedule:

   a. The parties must confer and develop a proposed discovery plan no later than July 6, 2009;

   b. The parties must file a Joint Status Report no later than July 13, 2009; and,

Stipulation and Proposed Order.doc    2
STIPULATED REQUEST FOR SECOND EXTENSION OF TIME FOR CHRIS HOWELL
d/b/a IMPACT MARKETING TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
DWT 12965629v1 0089263-000001

   c. A Status (Pretrial Scheduling Conference) will be held on July 27, 2009 at 9:00 a.m.

DATED:  June 8, 2009   DAVIS WRIGHT TREMAINE LLP

         By: /s/ Rochelle L. Wilcox
           Rochelle L. Wilcox
         Attorneys for
         Plaintiff Noble Systems Corp.

DATED:  June 8, 2009   RUSS, AUGUST & KABAT

         By: /s/ Marc A. Fenster (as authorized on 6/8/09)
           Marc A. Fenster
         Attorneys for Defendant
         Chris Howell d/b/a Impact Marketing

## [PROPOSED] ORDER

It is so ordered.

DATED:  June 10, 2009

           GARLAND E. BURRELL, JR.
           United States District Judge

Stipulation and Proposed Order.doc  3

STIPULATED REQUEST FOR SECOND EXTENSION OF TIME FOR CHRIS HOWELL
d/b/a IMPACT MARKETING TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

DWT 12965629v1 0089263-000001