Rochelle L. Wilcox (State Bar No. 197790)
E-mail: rochellewilcox@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Attorneys for Plaintiff
NOBLE SYSTEMS CORP.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NOBLE SYSTEMS CORP., <br><br> Plaintiff, <br><br> v. <br><br> CHRIS HOWELL d/b/a IMPACT MARKETING, <br><br> Defendant. | Case No. 2:09-cv-00749 <br><br> [Assigned to <br> The Honorable Garland E. Burrell, Jr. <br> Courtroom 10] <br><br> **SECOND STIPULATED REQUEST FOR:** <br><br> **(1) EXTENSION OF TIME FOR PARTIES TO MEET AND CONFER AND SUBMIT A JOINT STATUS REPORT; AND** <br><br> **(2) CONTINUANCE OF STATUS (PRE-TRIAL SCHEDULING) CONFERENCE CURRENTLY SCHEDULED FOR JULY 27, 2009** <br><br> **[PROPOSED] ORDER THEREON** <br><br> **[Local Rules 6-144, 16-240]** <br><br> Original Complaint Filed: <br> March 16, 2009 |

13061265_1.DOC

1

SECOND STIPULATED REQUEST FOR EXTENSION OF TIME TO MEET AND FILE JOINT STATUS REPORT; CONTINUANCE OF STATUS (PRE-TRIAL) SCHEDULING CONFERENCE; [PROPOSED] ORDER
DWT 13061265v1 0089263-000001

**COME NOW** Plaintiff Noble Systems Corp. ("Noble") and Defendant Chris Howell d/b/a Impact Marketing ("Howell"), through their respective counsel of record, and pursuant to Local Rules 6-144 and 16-240, do hereby represent to the Court and stipulate as follows:

1. Pursuant to this Court's Order Setting Status (Pretrial Scheduling) Conference, issued on March 18, 2009, and the Court's Order entered on June 11, 2009, extending the deadlines established by the Order Setting Status (Pretrial Scheduling) Conference, the following deadlines are currently pending in this matter:

    a. The parties must confer and develop a proposed discovery plan no later than July 6, 2009;

    b. The parties must file a Joint Status Report no later than July 13, 2009; and,

    c. A Status (Pretrial Scheduling) Conference is scheduled to be held on July 27, 2009, at 9:00 a.m.

2. The parties continue to be engaged in settlement negotiations, having made significant progress, and although they have not yet reached agreement they continue to be optimistic about the possibility of settling this matter;

3. Lead counsel for Noble is out of the country and unavailable during the week of July 1, 2009, and lead counsel for Howell is traveling and unavailable on July 6, 7, 8, 13 and 14, 2009;

4. The parties would like to continue to explore the possibility of settlement before they are required to spend the time necessary to prepare a proposed discovery plan and Joint Status Report;

5. The parties therefore request that the current deadlines be extended, and the Status (Pretrial Scheduling) Conference continued, for at least two weeks. They propose, and respectfully request, the following schedule:

13061265_1.DOC

2

SECOND STIPULATED REQUEST FOR SECOND EXTENSION OF TIME FOR CHRIS HOWELL d/b/a IMPACT MARKETING TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

DWT 13061265v1 0089263-000001

      a.    The parties must confer and develop a proposed discovery plan no later than July 20, 2009;

      b.    The parties must file a Joint Status Report no later than July 27, 2009; and,

      c.    A Status (Pretrial Scheduling Conference) will be held on August 10, 2009 at 9:00 a.m.

DATED: July 2, 2009        DAVIS WRIGHT TREMAINE LLP

By: /s/ Rochelle L. Wilcox
Rochelle L. Wilcox
Attorneys for
Plaintiff Noble Systems Corp.

DATED: July 2, 2009        RUSS, AUGUST & KABAT

By: /s/ Marc A. Fenster (as authorized on 7/2/09)
Marc A. Fenster
Attorneys for Defendant
Chris Howell d/b/a Impact Marketing

## [PROPOSED] ORDER

It is so ordered.

Dated: July 2, 2009

GARLAND E. BURRELL, JR.
United States District Judge

13061265_1.DOC    3
SECOND STIPULATED REQUEST FOR SECOND EXTENSION OF TIME FOR CHRIS HOWELL
d/b/a IMPACT MARKETING TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
DWT 13061265v1 0089263-000001